James M. Piotrowski, ISB# 5911
Marty Durand, ISB# 5111
PIOTROWSKI DURAND, PLLC
P.O. Box 2864
Boise, Idaho 83701
Telephone: (208) 331-9200
Facsimile: (208) 331-9200
Email: james@idunionlaw.com
Email: marty@idunionlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN U'REN, | Case No. 1:18-cv-00293 BLW |
| Plaintiff, | |
| v. | STIPULATED MOTION TO DISMISS WITH PREJUDICE |
| THE REINALT-THOMAS CORPORATION, D/B/A DISCOUNT TIRE, | |
| Defendant. | |

COMES NOW the PARTIES, by and through counsel of record, and hereby stipulate to dismiss this action with prejudice. The parties have reached an agreement fully resolving all claims asserted herein. Wherefore, the parties respectfully request that the Court dismiss the action with prejudice, with each party to bear their own costs and fees.

DATED this 16th day of July, 2019.

| | |
|---|---|
| HERZFELD & PIOTROWSKI, LLP | LITTLER MENDELSON, P.C. |
| /s/ James M. Piotrowski | /s/ Rick D. Roskelley |
| James M. Piotrowski | Rick D. Roskelley |
| Attorney for Plaintiff John U'ren | Attorney for Defendant D.T.C. of Idaho, Inc. D/B/A DISCOUNT TIRE |

1 – STIPULATION TO DISMISS

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 16th day of July, 2019, a true and correct copy of the above and foregoing document was forwarded addressed as follows in the manner stated below:

| | | |
|---|---|---|
| Rick D. Roskelley | Hand Delivered | ☐ |
| rroskelley@littler.com | U.S. Mail | ☐ |
| LITTLER MENDELSON, P.C. | Electronic Mail/ECF | ☒ |
| 3960 Howard Hughes Parkway, Suite 300 | Fax | ☐ |
| Las Vegas, NV 89169-5937 | | |

                                               /s/ James M. Piotrowski
                                            James M. Piotrowski

2 – STIPULATION TO DISMISS